No. 815. CINEMA PATENTS CO., INC. *v.* COLUMBIA PICTURES CORP. ET AL. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Herbert A. Huebner* for petitioner. *Mr. Frank L. A. Graham* for respondents.

No. 820. NORTON ET UX. *v.* BRANIFF INVESTMENT CO. ET AL. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. T. Miller* for petitioners. *Mr. R. C. Johnson* for respondents.

No. 823. LONDON SHOE CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin A. Javits* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson, Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 827. WALSH *v.* ROSENBERG. April 27, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Cornelius H. Doherty* for petitioner. *Messrs. Alvin L. Newmyer, David G. Bress,* and *Lewis H. Shapiro* for respondent.

No. 833. ROBINSON *v.* COMMISSIONER OF INTERNAL REVENUE. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Cir-